IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**NEDWARD C. FOWLER,**

    Plaintiff,

v.                                                                              Civil Action No. **3:24CV03**

**RICHMOND POLICE DEPARTMENT,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on January 23, 2024, the Court conditionally docketed Plaintiff's action. On February 2, 2024, the United States Postal Service returned the January 23, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT AT THIS ADDRESS." (ECF No. 3, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 2/16/24
Richmond, Virginia